## Commonwealth *v.* Ledsome, Appellant.

Submitted December 9, 1968. *John P. Campana, Don M. Larrabee, II,* and *Campana & Campana,* for appellant; *Allen E. Ertel,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Michaels, Appellant.

Submitted December 9, 1968. *Thomas P. Kennedy,* Public Defender, for appellant; *Robert W. Munley,* Assistant District Attorney, and *Joseph J. Cimino,* District Attorney, for Commonmonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Miller, Appellant.

Before SMILLIE, J.

Submitted December 13, 1968. *Richard M. Lovenwirth,* Assistant Public Defender, for appellant; *Paul W. Tressler, Richard A. Devlin* and *Henry T. Crocker,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.